IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE M. TAYLOR,

        Plaintiff,                No. 2:11-cv-00603 KJM KJN PS

     v.

STATE OF CALIFORNIA,
EMPLOYMENT DEVELOPMENT
DEPARTMENT, et al.,

        Defendants.            <u>ORDER AFTER STATUS CONFERENCE</u>
_____/

        On February 16, 2012, the undersigned held yet another follow-up status conference addressing plaintiff's difficulty serving the named defendants with process.[1] Plaintiff, who is proceeding without counsel, appeared and represented herself. None of the named defendants have appeared in this action because no defendant has yet been properly served with either the Complaint or First Amended Complaint and related process.

        At the hearing, the court discussed plaintiff's continued difficulty with service and the fact that plaintiff has an obligation to complete service on a timely basis so that this case can move forward. <u>See</u> Fed. R. Civ. P. 4(m). Moreover, although plaintiff is attempting to serve the

---

[1] Plaintiff filed this action on March 4, 2011. This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

defendants, she has not yet completed service of process despite the fact that this case has been pending for nearly one year. The court previously granted plaintiff leave to serve the defendants within 60 days from the issuance of an amended summons related to the First Amended Complaint. (See Order, Dec. 2, 2011, Dkt. No. 12.) The summons was issued on December 29, 2011 (Dkt. No. 14), and plaintiff's period for service thus expires on February 27, 2012. By this order, the court grants plaintiff a *final* extension in which to serve the defendants with the First Amended Complaint and related process.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until March 19, 2012, to complete service of the First Amended Complaint and related process on the named defendants.

2. On March 19, 2012, plaintiff shall file a status report advising the court about the progress of service. If plaintiff fails to timely file that status report, her case will be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), and this court's Local Rules 110 and 183(a).

3. If plaintiff fails to complete service as to any of the defendants by March 19, 2012, plaintiff's case will be dismissed without prejudice as to each unserved defendant pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

DATED: February 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE