IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE M. TAYLOR,

      Plaintiff,                      No. 2:11-cv-00603 KJM KJN PS

    v.

EMPLOYMENT DEVELOPMENT
DEPARTMENT, and DOES 1-100,

      Defendants.                <u>ORDER</u>
_____/

        On June 7, 2012, plaintiff filed her "Request for Discovery," which was docketed as a motion for discovery.[1] It is clear from plaintiff's filing that it is not a discovery motion seeking relief from the court relative to a discovery dispute, such as a motion to compel. Instead, plaintiff simply filed her requests for production of documents with the court in the absence of any pending discovery dispute. Such a filing was unnecessary and, indeed, violates the court's Local Rules. <u>See</u> Local Rule 250.3 (providing, in part, that "[r]equests for production, responses and proofs of service thereof shall not be filed unless and until there is a proceeding in which the request, response, or proof of service is at issue"). Plaintiff is yet again warned that she must familiarize herself with the Federal Rules of Civil Procedure and this court's Local Rules. <u>See</u>

---

[1] Plaintiff filed this action on March 4, 2011. This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Local Rule 183(a) ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law. All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria persona.").

Accordingly, IT IS HEREBY ORDERED that to the extent that plaintiff's "Request for Discovery" (Dkt. No. 33) is actually a motion, it is denied as prematurely filed.

IT IS SO ORDERED.

DATED: June 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE