IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE M. TAYLOR,

      Plaintiff,               No. 2:11-cv-00603 KJN PS

      v.

EMPLOYMENT DEVELOPMENT DEPARTMENT,

      Defendant.           <u>ORDER</u>

/

      Presently pending before the court is plaintiff's motion to compel discovery filed on October 22, 2012. (Dkt. No. 37.)[1] It appears that defendant objected to several document requests propounded by plaintiff, and that plaintiff now requests an order compelling defendant to produce any responsive documents. (<u>Id.</u>) However, plaintiff has not noticed the motion for a hearing in accordance with Local Rule 251(a). Although the court liberally construes the pleadings and filings of persons proceeding without counsel, they are required to abide by the court's Local Rules and the Federal Rules of Civil Procedure, and failure to comply with these rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute

---

[1] All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the action was referred to the undersigned for all further proceedings and the entry of a final judgment. (Dkt. Nos. 5, 26, 29.)

or Rule or within the inherent power of the Court." See E.D. Cal. L.R. 110, 183(a).

Local Rule 251(a) generally provides that "a hearing of a motion pursuant to Fed. R. Civ. P. 26 through 37...may be had by the filing and service of a notice of motion and motion scheduling the hearing date on the appropriate calendar at least twenty-one (21) days from the date of filing and service." E.D. Cal. L.R. 251(a).  No briefing or declarations need be filed with the initial notice of motion, because Local Rule 251 requires the parties to confer regarding the discovery dispute and then file a joint statement regarding their discovery disagreement at least seven (7) days before the noticed hearing date.  E.D. Cal. L.R. 251(a)-(c).[2]

Accordingly, within fourteen (14) days of the date of service of this order, plaintiff shall notice the motion for hearing in accordance with Local Rule 251(a).  Failure to properly notice the motion for hearing within this time period will result in an order summarily denying the motion without prejudice for failure to comply with the Local Rules and this court's order.

IT IS SO ORDERED.

DATED: October 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff is advised to review Local Rule 251 in its entirety for all the applicable requirements.  A copy of the Local Rules can be obtained from the Clerk of Court or on the court's website at http://www.caed.uscourts.gov/caed.  Available hearing dates can be obtained by calling the undersigned's courtroom deputy at (916) 930-4187.