IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE M. TAYLOR,

     Plaintiff,                    No. 2:11-cv-00603 KJN PS

     v.

EMPLOYMENT DEVELOPMENT DEPARTMENT,

     Defendant.               <ins>ORDER</ins>

         Presently pending before the court is plaintiff's motion to compel discovery filed on October 22, 2012. (Dkt. No. 37.)[1] It appears that defendant objected to several document requests propounded by plaintiff, and that plaintiff now requests an order compelling defendant to produce any responsive documents. (<ins>Id.</ins>) However, plaintiff has not noticed the motion for a hearing in accordance with Local Rule 251(a).

         In an order dated October 25, 2012, the court provided plaintiff with some basic instruction regarding filing and noticing discovery motions and specifically referred plaintiff to Local Rule 251's requirements. (Dkt. No. 38.) Plaintiff was notified that although the court

---

[1] All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the action was referred to the undersigned for all further proceedings and the entry of a final judgment. (Dkt. Nos. 5, 26, 29.)

1 liberally construes the pleadings and filings of persons proceeding without counsel, they are
2 required to abide by the court's Local Rules and the Federal Rules of Civil Procedure, and
3 failure to comply with these rules "may be grounds for imposition by the Court of any and all
4 sanctions authorized by statute or Rule or within the inherent power of the Court." See E.D. Cal.
5 L.R. 110, 183(a).  (Id.)

6       In that same order, the court provided plaintiff an opportunity to notice her
7 pending motion for hearing in accordance with Local Rule 251(a) within fourteen (14) days of
8 the date of service of that order.  (Dkt. No. 38.)  Plaintiff was cautioned that failure to properly
9 notice the motion for hearing within that time period would result in an order summarily denying
10 the motion without prejudice for failure to comply with the Local Rules and this court's order.
11 (Id.)  Although the deadline has now passed, the court's record shows that plaintiff has failed to
12 notice her motion for hearing in accordance with the court's order and Local Rule 251(a).

13       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel
14 discovery (Dkt. No. 37) is DENIED WITHOUT PREJUDICE for failure to comply with the
15 Local Rules and this court's order.

16 DATED:  November 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE